UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITNESS ANYWHERE INC., | No. C-10-05610 DMR |
| Plaintiff, | **ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| STEPHEN KENZLER, | |
| Defendant. | |

The Court is in receipt of the parties' request to continue the Initial Case Management Conference. The parties' request is granted. The Initial Case Management Conference previously scheduled for March 23, 2011 has been CONTINUED to **May 25, 2011 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than May 18, 2011.

IT IS SO ORDERED.

Dated: March 22, 2011

DONNA M. RYU
United States Magistrate Judge