Omid A. Mantashi (SBN 208226)
Law Office of Omid A. Mantashi
360 Grand Avenue, Suite 90
Oakland, CA  94610
Tel:  (510) 593-9442
Fax:  (510) 868-8310
omid@ipfoundry.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITNESS ANYWHERE, INC., | Case No.:  CV 10-05610 DMR |
| Plaintiff, | [PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING SETTLEMENT AGREEMENT AND TO STAY LITIGATION |
| vs. | |
| STEPHEN KENZLER, *et al.* | |
| Defendants. | |

1

2      The Court, having considered the parties JOINT STIPULTION

3  REGARDING SETTLEMENT AGREEMENT AND TO STAY LITIGATION,

4  and finding good cause therefore, hereby ORDERS the following:

5          (1)        The May 25, 2011 initial case management conference is

6                      **VACATED;**

7          (2)        The parties shall submit a joint updated status statement to

8                      no later than **July 25, 2011.**  If the case has not resolved

9                      by that date, the Court will immediately set an initial case

10                     management conference.

11

12     IT IS SO ORDERED

13

14  Dated:  _____5/19/11_____     _____

15                                     Hon. Donna M. Ryu
                                       United States Magistrate Judge
16                                     Northern District of California

17

18

19

20

21

22

23

24

25

26

27

28