Omid A. Mantashi (SBN 208226)
Law Office of Omid A. Mantashi
360 Grand Avenue, Suite 90
Oakland, CA  94610
Tel:  (510) 593-9442
Fax:  (510) 868-8310
omid@ipfoundry.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITNESS ANYWHERE, INC., | Case No.: CV 10-05610 DMR |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANT STEPHEN KENZLER |
| vs. | |
| STEPHEN KENZLER, et al. | Hon. Donna M. Ryu |
| Defendants. | |

   WHEREAS Plaintiff Fitness Anywhere, Inc., and Defendant Stephen Kenzler, an individual resident of the State of California, have executed a settlement agreement resolving all claims in this action, and have since fulfilled the terms and conditions thereof;

   NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Fitness Anywhere, Inc., through their respective undersigned counsel of record, and Defendant Stephen Kenzler, subject to the Court's approval and order thereon, that:

   1. Each of the undersigned parties' claims against the other are dismissed with prejudice; and,

///

2. Each undersigned party shall bear its own costs and attorneys' fees.

3.

IT IS SO STIPULATED.

Respectfully submitted,

For Plaintiff FITNESS ANYWHERE, INC.

_____
Omid A. Mantashi
ATTORNEY AT LAW

8/2/11
Date

For Defendant STEPHEN KENZLER

_____
Stephen Kenzler, *In pro per*

8/2/11
Date

IT IS SO ORDERED.

Dated:   August _____ , 2011, by: _____
                                    Hon. Donna M. Ryu

STIP. & PROP. ORDER OF DISMISSAL
FA1 v. KENZLER
CASE NO. CV10-0560. . . . . . . . . . . . . . . . . . . . . . . . . 2

## DECLARATION OF SERVICE

I am more than eighteen years old and not a party to this action. My place of employment and business address is Law Office of Omid A. Mantashi, 360 Grand Avenue, Ste. 90, Oakland, CA 94610. On August 2 , 2011, I delivered the following document(s):

- STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANT STEPHEN KENZLER

|   |   |
|---|---|
|   | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below. |
| X | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. |
|   | By transmitting via Internet electronic mail the document(s) listed above to the addresses set forth below. |

Defendant Stephen Kenzler:
Stephen Kenzler
14076 Quito Road
Saratoga, CA 95070

I declare under penalty of perjury under the laws of United States that the foregoing is true and correct. Executed on August 2, 2011, at San Francisco, California.

/S/ Omid Mantashi
Omid A. Mantashi

STIP. & PROP. ORDER OF DISMISSAL
FAI V. KENZLER
CASE NO. CV10-0560. . . . . . . . . . . . . . . . . . . . . . . 3